UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERARDO HERRERA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-01043-RFB-GWF<br><br>**TEMPORARY RESTRAINING ORDER** |

This case is before the Court on Plaintiff Gerardo Herrera's ex parte application for a Temporary Restraining Order, filed on May 9, 2016. ECF No. 3. At the hearing held on May 11, 2016, the Court heard a statement from the Plaintiff and stated on the record its findings of fact and conclusions of law.

For the reasons stated on the record at the May 11, 2016 hearing, the Court issues a Temporary Restraining Order against the following Defendants: Nationstar Mortgage, LLC; Meridias Capital, Inc.; JP Morgan Chase Bank; Quality Loan Service, Corp.; Mortgage Electronic Registration Systems, Inc. These reasons include—but are not limited to—Plaintiff's representations as to following:

- That Defendant Nationstar, Plaintiff's loan servicer, has represented to Mr. Herrera that it would postpone the date of the foreclosure sale until Nationstar has either granted or denied Mr. Herrera's application for a loan modification;
- That, to date, the foreclosure sale is still scheduled to take place May 12, 2016;
- That, to date, Mr. Herrera has yet to receive a determination by Nationstar as to whether his application for a loan modification has been approved or denied.

**IT IS THEREFORE ORDERED** that Defendants Nationstar Mortgage, LLC, Meridias

1  Capital, Inc., JP Morgan Chase Bank, Quality Loan Service, Corp., Mortgage Electronic
2  Registration Systems, Inc. as well as their officers, agents, employees, and attorneys, and all other
3  persons in active participation with any of them who receive actual notice of this Order:

4      a) Shall be enjoined from foreclosing upon or selling Mr. Herrera's property
5      located at 586 Jackson Drive, Henderson, NV 89014.

6  **IT IS FURTHER ORDERED** that this Temporary Restraining Order shall take effect as
7  soon as Defendants receive actual notice of the posting of this security, and shall expire at the close
8  of business 14 days from that date, unless extended pursuant to Fed. R. Civ. P. 65(b)(2).

9  **IT IS FURTHER ORDERED** that a hearing as to the status of Defendants' compliance
10 with this Temporary Restraining Order is scheduled for **Monday, May 23, 2016 at 9:30 am** in LV
11 Courtroom 7C.

13 DATED: May 11, 2016.

          **RICHARD F. BOULWARE, II**
          **United States District Judge**