UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERARDO HERRERA, et al., | Case No. 2:16-cv-001043-APG-GWF |
| Plaintiffs, | |
| v. | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |
| NATIONSTAR MORTGAGE, LLC, *et al.*, | ECF No. 22 |
| Defendants. | |

On June 1, 2016, Judge Boulware extended until August 1, 2016 the Temporary Restraining Order previously entered in this case. ECF No. 13.  He set an evidentiary hearing for August 1 to address whether the TRO should be further extended.  Judge Boulware subsequently recused himself, and the case was assigned to me. ECF Nos. 15, 16.

On June 28, 2016, defendant Nationstar agreed to an extension of the TRO until a final judgment is entered or this case is otherwise resolved. ECF No. 22.  Thus, Nationstar agrees not to foreclose on the subject property while this case is pending.  Based on the parties' consent, I will grant the motion, extend the TRO, and cancel the August 1, 2016 evidentiary hearing.

IT IS THEREFORE ORDERED that Nationstar's motion to extend the TRO **(ECF No. 22) is GRANTED.**  Nationstar is not required to file an opposition to the TRO application at this time.  **The August 1, 2016 evidentiary hearing is canceled**.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(b)(2), the Temporary Restraining Order previously entered in this case (ECF No. 5) is extended until a final judgment is entered or this case is otherwise resolved.

IT IS FURTHER ORDERED that Nationstar shall file an answer or other response to the Complaint by July 29, 2016.

DATED this 29th day of June, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE