UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERARDO HERRERA, *et al.*,<br><br>   Plaintiffs,<br>   vs.<br><br>NATIONSTAR MORTGAGE, LLC, *et al.*,<br><br>   Defendants. | Case No.: 2: 16-cv-01043-GMN-GWF |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs Gerardo Herrera and the Estate of Genny Herrera have failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service as to Defendants Meridias Capital, Inc., JP Morgan Chase Bank, and Mortgage Electronic Registration Systems, Inc. pursuant to Fed. R. Civ. P. 4(m).

IT IS THEREFORE ORDERED that the action is hereby dismissed without prejudice as to Defendants Meridias Capital, Inc., JP Morgan Chase Bank, and Mortgage Electronic Registration Systems, Inc. only.

**DATED** this __5__ day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court