# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERARDO HERRERA, et al.,<br><br>              Plaintiffs,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>              Defendants. | Case No.: 2:16-cv-01043-GMN-GWF<br><br>**ORDER** |

On March 22, 2017, this Court entered an Order granting Defendants' Motion to Dismiss. (ECF No. 36). In that Order, the Court dismissed two of Plaintiffs' claims with prejudice and the remainder of Plaintiffs' claims without prejudice. (*Id.* 9:15–18). Plaintiffs were given until April 10, 2017, to file an amended complaint and were warned that failure to file an amended complaint by that date would result in all of Plaintiffs' claims being dismissed with prejudice. As of the date of this Order, however, Plaintiffs have failed to file an amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' claims are dismissed with prejudice. As all claims against Defendants have been dismissed with prejudice, the Clerk of Court is instructed to close the case.

**DATED** this __23__ day of May, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge