1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 3    GERARDO HERRERA, *et al.*,              ) | |

3   GERARDO HERRERA, *et al.*,       )

4           Plaintiffs,     )    Case No.: 2:16-cv-01043-GMN-GWF

5    vs.            )

                            )    **ORDER**

6   NATIONSTAR MORTGAGE, LLC, *et al.*, )

7          Defendants.     )

8                            )

9       Pending before the Court is the Motion to Expunge the Lis Pendens, (ECF No. 42), filed

10  by Defendant Nationstar Mortgage, LLC ("Defendant").  Upon a motion, the Court must

11  dissolve a *lis pendens* if the recording party fails to demonstrate: (1) a likelihood of prevailing

12  in the action; or (2) a fair chance of success and serious hardship that could result from a

13  transfer of the property. Nev. Rev. Stat. 14.015(3); *see also Levinson v. Eighth Judicial Dist.*

14  *Court*, 857 P.2d 18, 20-21 (Nev. 1993).

15      Here, Plaintiffs Gerardo Herrera and Estate of Genny Herrera (collectively "Plaintiffs")

16  have failed to file a Response, and the deadline to do so expired on July 19, 2017.  Thus,

17  pursuant to Local Rule 7-2(d), the Court finds that Plaintiffs have consented to the granting of

18  the Motion. *See* D. Nev. R. 7-2(d) ("The failure of an opposing party to file points and

19  authorities in response to any motion . . . constitutes a consent to the granting of the motion.").

20  Moreover, the Court finds that expunction of the *lis pendens* is warranted because all of

21  Plaintiffs' claims have been dismissed with prejudice. *See, e.g.*, *Wensley v. First Nat. Bank of*

22  *Nevada*, 874 F. Supp. 2d 957, 968 (D. Nev. 2012) (expunging a *lis pendens* after dismissing a

23  complaint with prejudice).

24  / / /

25  / / /

1    Accordingly,

2    **IT IS HEREBY ORDERED** that the Motion to Expunge the Lis Pendens, (ECF No.

3    42), is **GRANTED**.

4    **IT IS FURTHER ORDERED** that the notice of *lis pendens* filed and recorded by or on

5    behalf of Plaintiffs on the property located at 586 Jackson Drive, Henderson, Nevada 89014

6    (APN 178-04-713-031) with the Clark County Recorder's Office as instrument number

7    201606010003375 is hereby cancelled and expunged.

8    **IT IS FURTHER ORDERED** that Defendant shall record a copy of this Order with the

9    Clark County Recorder's Office within seven (7) days of its issuance.

10    **DATED** this __19__ day of October, 2017.

11

12    _____

13    Gloria M. Navarro, Chief Judge
      United States District Court

14

15

16

17

18

19

20

21

22

23

24

25